**Order No. 97–44**
**April 29, 1997**

18187    State v. Siga    Affirmed

**Order No. 97–45**
**April 29, 1997**

18854    Lincoln v. State    Affirmed

**Order No. 97–46**
**April 30, 1997**

18018    State v. Blaisdell    Affirmed
18881    State v. Blaisdell    Affirmed

**Order No. 97–48**
**May 1, 1997**

19517    State v. Rillamas    Affirmed

**Order No. 97–49**
**May 5, 1997**

19698    Jenkins v. Cades Schutte Fleming & Wright    Affirmed

**Order No. 97–50**
**May 8, 1997**

17278    State v. Schmidt    Affirmed